UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Ernie Craig Hayes, | ) | No. 5:14-CV-23-BR |
| Defendant. | ) | |
| | ) | |

**Decision by Court.** This action came before Senior United States District Judge W. Earl Britt for the consideration of Parties' Consent Order.

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered against defendant Ernie Craig Hayes in the amount of $43,999.00 plus interest at the legal rate and future costs.

**This judgment filed and entered on February 7, 2014, and served on:**

G. Norman Acker, III (Via CM/ECF Notice of Electronic Filing)

February 7, 2014　　　　　　　　　　　　　　　/s/ Julie A. Richards,
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court